## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **M/V LITTLE KELLY, LLC, UWELL J. DEROUEN AND KELLY DEROUEN** | **CIVIL ACTION NO:** |
| | **SECTION:** |
| **VERSUS** | |
| **BURLINGTON RESOURCES OIL & GAS COMPANY, LP, CONOCO PHILLIPS, CO. AND SAFETY FIRST, LLC** | **MAG:** |

## COMPLAINT

**NOW INTO COURT,** by and through undersigned counsel, come claimants herein, Uwell J. Derouen and Kelly Derouen in their own right and on behalf of M/V LITTLE KELLY, LLC, who respectfully aver as follows:

**1.**

Claimants bring this action pursuant to the General Maritime Laws of the United States, and the laws of the State of Louisiana in accordance with 28 U.S.C. Sec. 1331, 1332 and 1333.

**2.**

Claimant M/V LITTLE KELLY, LLC, was at all times pertinent a duly authorized limited liability company duly formed and maintained in accordance with the laws of the State of Louisiana. Uwell J. Derouen and Kelly Derouen, Co-claimants herein, are persons of the full age

1

of majority, and are residents of Parish of Terrebonne, State of Louisiana, and are the organizers and sole shareholders in the said limited liability corporation.

3.

On or about April 26, 2009, the M/V LITTLE KELLY was a domestically registered and properly documented cypress hulled fishing vessel of fifty-two gross registered tons and bearing official number 569442. It was in all respects tight, fit, staunch and strong, meticulously maintained, and employed by Uwell and Kelly Derouen in the commercial fishing trade. The M/V LITTLE KELLY was the principal capital asset of M/V LITTLE KELLY, LLC.

4.

Burlington Resources Oil & Gas Company LP, ("Burlington"), defendant herein, is a domestic oil gas exploration and production company with a corporate domicile in Wilmington, Delaware, and doing business in the State of Louisiana and within the jurisdiction of this court.

5.

ConocoPhillips Co., ("Conoco") defendant herein, is a domestic based oil and gas exploration, production and refining company with a corporate domicile in Wilmington, Delaware that is the owner and successor in interest to Burlington, and is doing business in the State of Louisiana and within the jurisdiction of this court.

**6.**

Defendants Burlington and Conoco, who will hereinafter be referred to collectively as "Conoco" owned and operated a well structure in the littoral waters of Terrebonne Parish, Louisiana designated as Well Structure 5D ("Structure 5D") located within State Lease 3403, in or near Pass Wilson in Caillou Bay. The said well structure was located in the navigable waters of the United States of America, in an area that is heavily travelled during day and night by commercial fishing vessels and other vessels engaged in maritime commerce, as well as recreational fisherman.

**7.**

Named Co-Defendant herein is Safety First, LLC, ("Safety First") a Louisiana Limited Liability Corporation with a corporate domicile in Terrebonne Parish, Louisiana. Upon information and belief, Safety First was engaged by Conoco to install, monitor and maintain navigation safety light beacons on Conoco owned and operated well structures located in the navigable waters of Louisiana, including Structure 5D.

**8.**

The M/V LITTLE KELLY was hand built by the father of Kelly Derouen. Its principle hull construction component was old growth cypress wood, well known in the local south Louisiana marine construction industry to be highly durable and well suited to the local marine environment. The Derouens meticulously maintained the M/V LITTLE KELLY, and profitably employed the vessel primarily in the shrimp fishing trade. The M/V LITTLE KELLY was the primary source of income for the Derouen family.

**9.**

The M/V LITTLE KELLY was widely recognized in the local commercial fishing community as one of the most prolific shrimping vessels operating in the waters in and around the Louisiana Coast.

**10.**

On or about April 26, 2009, at approximately 2030 hrs., Uwell Derouen was operating the M/V LITTLE KELLY in the vicinity of Pass Wilson in Caillou Bay. It was dark and he had his rigging down fishing for shrimp. He and his crewman, Michael Positerry were both in the wheelhouse of the vessel, and were monitoring the vessel's surface search radar and conducting a visual scan of the horizon looking for navigation warning lights. The vessel was heading from west to east on an approximate heading of 120 degrees and an approximate speed of 8 knots. Suddenly, and without warning, the M/V LITTLE KELLY struck Conoco's Structure 5 D.

**11.**

The allision opened a large hole in the hull of the M/V LITTLE KELLY which immediately began to founder. Uwell Derouen immediately requested assistance over the radio. Within minutes the M/V LITTLE KELLY sank and settled to the bottom approximately sixty feet from the Structure 5 D.

**12.**

At the time of the sinking, the M/V LITTLE KELLY had furnishings, cargo and appurtenances onboard including but not limited to 500 gallons of diesel fuel, numerous items of electronic gear, cabin furnishings, fishing gear and tackle, 45 boxes of shrimp previously caught, kitchen appliances, and other items of tackle and gear which were lost and which will be shown at the trial of this matter.

**13.**

Kelly and Uwell Derouen did all that they could do to salvage their vessel and its appurtenances and also employed at their own expense a third party environmental response team (ES&H, Inc.) to attend the site of the casualty and conduct cleanup and remediation of the resulting diesel fuel spill. Notwithstanding their best efforts, the M/V LITTLE KELLY and most of its tackle, gear and appurtenances was lost.

**14.**

Conoco was notified of the casualty within twenty four (24) hours and dispatched two representatives along with a representative of Safety First LLC to conduct an on-scene inspection and investigation in the company of a deputy employed by the Terrebonne Parish Sheriff's Office. It was immediately determined by all present that the navigation hazard warning light on Structure 5 D was inoperable as a result of the corrosive destruction of the power supply wire leading from the light to the positive lead of the battery power supply, which caused the light to be inoperative.

**15.**

The sinking of the M/V LITTLE KELLY and all losses resulting therefrom were the direct result of the negligence of the named defendants in the following non-exclusive particulars:

    a. Failure to properly maintain the navigation warning light system on the Structure 5D;

    b. Failure to conduct regular inspections of Structure 5D in order to ensure that the .navigation warning light system was fully functional;

    c. Failure to adequately mark and illuminate a known hazard to navigation;

    d. Failure to warn area seafarers of a dangerous hazard to navigation;

e. Failure to affix radar reflectors to Structure 5D; and

f. Other acts of negligence which will be shown at the trial of this matter.

**16.**

As a result of the negligence of the defendants, the claimaints herein, Uwell and Kelly Derouen and M/V LITTLE KELLY, LLC, have suffered the following damages:

a. Loss of the M/V LITTLE KELLY;

b. Loss of the furniture, tackle and apparel on board the said vessel at the time of the sinking;

c. Loss of catch on board the vessel at the time of the sinking;

d. Loss of profits which would have reasonably been earned on the casualty voyage;

e. Loss of catch and resulting profits for the remainder of the fishing season;

f. Loss of catch and profits from the date of the sinking until a suitable and comparable replacement vessel is obtained;

g. Costs associated with attendance at the casualty site, including salvage expense, costs associated with lighting of the wreck and similar related expenses;

h. Mental anguish, pain and suffering incurred as a result of the loss of the M/V LITTLE KELLY including but not limited to the consequent loss of the plaintiffs primary source of income;

i. Other damages which may be shown at the trial of this matter.

**17.**

Claimants also claim, as an additional element of damages, punitive damages in the form of attorneys' fees, costs and any additional damages the court deems warranted in the premises for the wanton and callous failure of Conoco and/or Safety First to immediately and fairly

compensate the claimants for their losses, and failing to immediately reimburse the claimants for the charges by ES&H, Inc. for environmental protection and cleanup.

**18.**

As a result of the negligence of the defendants, the claimants have lost their primary earnings source and have been subjected to significant economic hardship which has in turn caused Kelly and Uwell Derouen to suffer mental and emotional fear, fright and upset.

**19.**

As a result of the negligence and willful neglect as alleged hereinabove and to be shown at the trial of this matter, the claimants have sustained damages currently estimated to be THREE HUNDRED THOUSAND ($300,000.00) DOLLARS.

**20.**

Claimants request a trial by jury on all issues.

WHEREFORE, THE PREMISES CONSIDERED, Uwell and Kelly Derouen in their own right and on behalf of the M/V LITTLE KELLY, LLC, pray that after due proceedings are had, that there be judgment in their favor and in favor of M/V LITTLE KELLY, LLC in an amount deemed reasonable and fair in the premises.

Respectfully Submitted,

**WILLIAMS LAW GROUP LLC**

*s/Conrad S.P. Williams, III*
_____
**CONRAD S.P. WILLIAMS, III (T.A.) (#14499)**
**J. CHRISTOPHER ZAINEY, JR. (32022)**
Maison Grand Caillou
435 Corporate Drive
Suite 101

Houma, Louisiana 70360-2498
(985) 876-7595 (Telephone)
(985) 876-7594 (Facsimile)
duke@williamslawgroup.org
chris@williamslawgroup.org

New Orleans Office:
909 Poydras Street, Suite 1625
New Orleans, LA 70112

**PLEASE SERVE:**

**BURLINGTON RESOURCES OIL & GAS COMPANY, LP**
Through its registered agent for service of process:
Corporation Service Company
320 Somerulos St.
Baton Rouge, Louisiana 70802-6129

**CONOCO PHILLIPS, CO.**
Through its registered agent for service of process
United States Corporation Company
320 Somerulos St.
Baton Rouge, Louisiana 70802-6129

**SAFETY FIRST, LLC**
Through its registered agent for service of process
Chrisopher M. Torres
4428 ½ Hwy. 56
Chauvin, Louisiana 70344